<div style="text-align:center; font-size:2em;">**JS-6**</div>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA YOHE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEARS, ROEBUCK AND CO., and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:16-CV-00358-JGB-KK<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge:　　Hon. Jesus G. Bernal<br>Ctrm.:　　1<br><br>Complaint Filed:　March 2, 2016<br>Trial Date:　　　May 9, 2017 |

ORDER

28511998v.1

1 | Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on October 4, 2016, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE. Each party shall bear its own fees and costs.

DATED: October 5, 2016

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

28511998v.1